# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

**FILED**
SEP 0 1 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Submitted August 16, 2004
Decided August 30, 2004

Before

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| EUGENE W. JOHNSON, JR., Plaintiff-Appellant, | ] Appeals from the United States District Court for the Central District of Illinois. |
| Nos. 04-1766, 04-1767, 04-1768 and 04-1769  v. | ] |
| LARRY MILLS, FRANK YOUNG, et al., Defendants-Appellees. | ] Nos. 04 C 2033<br>]     04 C 2034<br>]     04 C 2035<br>]     04 C 2036<br>]<br>] Harold A. Baker, Judge. |

## ORDER

Appellant has filed motions to proceed in forma pauperis in these consolidated appeals. This court has carefully reviewed the final orders of the district court, the records on appeal, and appellant's motions to proceed in forma pauperis. Based on this review, the court has determined that any issues which could be raised are insubstantial and that further briefing would not be helpful to the court's consideration of the issues. *See Taylor v. City of New Albany*, 979 F.2d 87 (7th Cir. 1992); *Mather v. Village of Mundelein*, 869 F.2d 356, 357 (7th Cir. 1989) (per curiam) (court can decide case on motions papers and record where briefing would be a waste of time and no member of the panel desires briefing or argument). Accordingly,

IT IS ORDERED that the motions to proceed in forma pauperis are DENIED, and the final orders of the district court are summarily AFFIRMED.