# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF ISSUANCE OF MANDATE**

DATE: September 21, 2004

TO:    John M. Waters
       United States District Court
       Central District of Illinois
       Suite 218
       201 S. Vine Street
       U.S. Courthouse
       Urbana, IL  61802-3369



FILED
SEP 2 2 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

FROM:  Gino J. Agnello, Clerk

RE: 04-1766                                    04-1767
    Johnson, Eugene W. v. Mills, Larry         Johnson, Eugene v. Young, Frank
    04 C 2033, Harold A. Baker, Judge          04 C 2034, Harold A. Baker, Judge

    04-1768                                    04-1769
    Johnson, Eugene v. Hegg, Clifford          Johnson, Eugene v. Miller, Doug
    04 C 2035, Harold A. Baker, Judge          04 C 2036, Harold A. Baker, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

**ENCLOSED:**                                  **TO BE RETURNED AT LATER DATE:**
  [4]   Volumes of pleadings                   [ ]
  [ ]   Loose pleadings                        [ ]
  [ ]   Volumes of transcripts                 [ ]
  [ ]   Volumes of exhibits                    [ ]
  [ ]   Volumes of depositions                 [ ]
  [ ]   In Camera material                     [ ]
  [ ]   Other_____   [ ]

        _____
        Record being retained for use          [ ]
        in Appeal No. _____

Copies of this notice sent to:       Counsel of record
[ ]     United States Marshal
[ ]     United States Probation Office

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted August 16, 2004
Decided August 30, 2004

*Before*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

| | |
|---|---|
| EUGENE W. JOHNSON, JR., Plaintiff-Appellant, | ] Appeals from the United ] States District Court for ] the Central District of |
| Nos. 04-1766, 04-1767, 04-1768 and 04-1769       v. | ] Illinois. ] |
| LARRY MILLS, FRANK YOUNG, et al., Defendants-Appellees. | ] Nos. 04 C 2033 ]           04 C 2034 ]           04 C 2035 ]           04 C 2036 ] ] Harold A. Baker, Judge. |

## ORDER

Appellant has filed motions to proceed in forma pauperis in these consolidated appeals. This court has carefully reviewed the final orders of the district court, the records on appeal, and appellant's motions to proceed in forma pauperis. Based on this review, the court has determined that any issues which could be raised are insubstantial and that further briefing would not be helpful to the court's consideration of the issues. *See Taylor v. City of New Albany*, 979 F.2d 87 (7th Cir. 1992); *Mather v. Village of Mundelein*, 869 F.2d 356, 357 (7th Cir. 1989) (per curiam) (court can decide case on motions papers and record where briefing would be a waste of time and no member of the panel desires briefing or argument). Accordingly,

IT IS ORDERED that the motions to proceed in forma pauperis are DENIED, and the final orders of the district court are summarily AFFIRMED.